[No. 38154-1-II.   Division Two.   August 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID BRISTOL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-1-00285-1, Theodore F. Spearman, J., entered August 8, 2008. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Lau, J.

[No. 38235-1-II.   Division Two.   August 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLY LEWIS BURRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00947-5, Roger A. Bennett, J., entered August 11, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Appelwick and Quinn-Brintnall, JJ.

[No. 27074-2-III.   Division Three.   August 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CEU LING, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03029-9, Linda G. Tompkins, J., entered April 28, 2008. *Reversed* and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 27297-4-III.   Division Three.   August 18, 2009.]

TERRI L. EASTWOOD, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Defendant*, RITE AID, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-03414-0, Robert D. Austin, J., entered June 30, 2008. *Reversed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ. Now published at 152 Wn. App. 652.